Frank J. Morales, ABA 0810059
McKENZIE ROTHWELL BARLOW
 & KORPI, P.S.
1325 Fourth Ave., Suite 910
Seattle, WA 98101
Telephone: (206) 224-9900
Facsimile: (206) 224-9820
E-mail: frankm@mrbklaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

ALASKA CARPENTERS HEALTH AND WELFARE FUND, ALASKA CARPENTERS DEFINED CONTRIBUTION TRUST, SOUTHERN ALASKA CARPENTERS DEFINED BENEFIT TRUST, and SOUTHERN ALASKA CARPENTERS APPRENTICESHIP AND TRAINING TRUST,

    Plaintiffs,

vs.

HCC, LLC and HANDLE CONSTRUCTION COMPANY, INC.

    Defendants.

Case No.

**COMPLAINT FOR DELINQUENT FRINGE BENEFIT CONTRIBUTIONS AND FOR DECLARATORY RELIEF**

    For their complaint, plaintiffs allege as follows:

///

///

///

COMPLAINT– 1
*Alaska Carpenters Health and Welfare Fund, et al. v. HCC and Handle Construction*
4500 004 mj180704
Case 3:11-cv-00214-JWS   Document 1   Filed 10/24/11   Page 1 of 6

## I. PARTIES AND JURISDICTION

1. Plaintiffs are the Alaska Carpenters Health and Welfare Fund, Alaska Carpenters Defined Contribution Trust, Southern Alaska Carpenters Defined Benefit Trust, and Southern Alaska Carpenters Apprenticeship and Training Trust.

2. Plaintiffs are joint labor-management funds created pursuant to Section 302(c) of the Labor Management Relations Act ("LMRA"), 29 U.S.C. § 186(c), and the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1001, *et seq*. as amended ("ERISA").

3. Defendant HHC, LLC ("HCC") is an Alaska State corporation engaged in the business of general construction with its principal offices located at 337 E 4th Ave., Unit No. 1, Anchorage, AK 99501-2665.

4. Defendant Handle Construction Company ("Handle") is an Alaska State corporation engaged in the business of general construction with its principal offices located at 337 E 4th Ave., Unit No. 1, Anchorage, AK 99501-2665.

5. Jurisdiction is conferred on this court by Section 301 of the LMRA, 29 U.S.C. § 186, and Sections 502(g)(2) and 515 of ERISA, 29 U.S.C. §§ 1132(g)(2) and 1145.

6. Venue lies in the United States District Court for the District of Alaska under ERISA § 502(e)(2), 29 U.S.C. §1132(e)(2).

## II. FIRST CAUSE OF ACTION: HCC DELINQUENT CONTRIBUTIONS

7. At all material times, HCC has been party to a collective bargaining agreement ("CBA") which obligates HCC to make benefit contributions to plaintiffs on behalf of its employees covered by the CBA.

8. For the period from March 2011 through the present, HCC has failed to make

COMPLAINT– 2
*Alaska Carpenters Health and Welfare Fund, et al. v. HCC and Handle Construction*
4500 004 mj180704
Case 3:11-cv-00214-JWS   Document 1   Filed 10/24/11   Page 2 of 6

timely contributions to plaintiffs in an amount to be proven at trial.

9. Under the plaintiffs' Trust Agreements, under the CBA and under ERISA, HCC is obligated to pay liquidated damages, interest, reasonable attorney fees, and costs and expenses of suit.

### III. SECOND CLAIM FOR RELIEF: HCC AND HANDLE ALTER EGO

10. Plaintiffs reallege the allegations contained in paragraphs 1 through 9 of this complaint as though fully set forth herein.

11. At all material times Handle has been 100% owned by Marc Marlow.

12. At all material times, Handle has been party to a collective bargaining agreement which obligates Handle to make benefit contributions to plaintiffs on behalf of its employees covered by the collective bargaining agreement.

13. For the period from July 2009 through the present, Handle failed to make timely contributions to plaintiffs.

14. On or about December 10, 2010, plaintiffs filed suit against Handle in this Court in *Alaska Carpenters Health and Welfare Fund, et al. v. Handle Construction Company, et al.*, Case No. 3:10-cv-00270-HRH ("Handle Litigation").

15. In April 2011, pursuant to a settlement agreement, Handle executed a Confession of Judgment in the total amount of $221,540.02, which represents delinquent contributions, interest, attorney fees and liquidated damages owed to plaintiffs for the period from July 2010 through February 2011.

16. On September 20, 2011, this Court entered the Confession of Judgment in the Handle Litigation.

COMPLAINT– 3
*Alaska Carpenters Health and Welfare Fund, et al. v. HCC and Handle Construction*
4500 004 mj180704
Case 3:11-cv-00214-JWS   Document 1   Filed 10/24/11   Page 3 of 6

17. On or about June 10, 2010, defendant HCC was formed as an Alaska limited liability company to perform construction as a general contractor. HCC was owned entirely by Robert Hartley, the father-in-law to Marc Marlow. When formed, Marc Marlow was designated as the registered agent of HCC.

18. Prior to March 2011, HCC did not engage in any significant business as a general contractor.

19. On or about March 23, 2011, Robert Hartley, on behalf of HCC, signed the CBA with the Alaska Regional Council of Carpenters.

20. HCC's purpose in signing the collective bargaining agreement was to continue to make contributions on behalf of Handle's employees who were covered under its collective bargaining agreement without the contributions being credited to Handle's delinquencies.

21. On or about March 30, 2011, ownership of HCC was transferred from Robert Hartley to Elizabeth Marlow, Marc Marlow's daughter. About this same time, HCC's registered agent changed from Marc Marlow to Elliot Marlow, Marc Marlow's son.

22. On or about March 30, 2011, Handle ceased all or the majority of its operations.

23. Since March 30, 2011, HCC has continued to operate a general contracting business at the same location where Handle conducted its business operations. HCC continues to use the same facilities, equipment, and substantially the same management, supervisory personnel and employees as Handle.

24. In view of the interrelationship of operations, common management and ownership, and centralized control of labor relations, common location, equipment and employees between Handle and HCC, Handle and HCC are alter egos and are therefore jointly

COMPLAINT– 4
*Alaska Carpenters Health and Welfare Fund, et al. v. HCC and Handle Construction*
4500 004 mj180704
Case 3:11-cv-00214-JWS   Document 1   Filed 10/24/11   Page 4 of 6

and severally liable to plaintiffs as alter-ego employers for all contributions, liquidated damages, interest, costs, and attorney's fees otherwise due from each of them under the collective bargaining agreement and in accordance with the confession of judgment entered against Handle and any monetary judgment entered herein.

25. Handle and HCC are also jointly and severally liable to the plaintiff trust funds for all contributions, liquidated damages, interest, costs, and attorney's fees based on the hours worked by their employees for the period of July 2009 through the date of judgment herein, in an amount to be proved on motions or at trial.

### IV. THIRD CLAIM FOR RELIEF: HCC SUCCESSORSHIP LIABILITY

26. Plaintiffs reallege the allegations contained in paragraphs 1 through 25 of this complaint as though fully set forth herein.

27. In view of the interrelationship of operations, common management and ownership, and centralized control of labor relations, common location, equipment and employees by HCC, HCC is the successor employer with respect to Handle and its obligations under the collective bargaining agreement.

28. Defendants are therefore jointly and severally liable to the plaintiffs as the successor employer to Handle for all contributions, liquidated damages, interest, costs, and attorney's fees otherwise due from Handle under the collective bargaining agreement and in accordance with the confession of judgment entered against Handle.

### V. RELIEF REQUESTED

29. WHEREFORE, based on the foregoing allegations set forth in paragraphs 1 through 28 above, plaintiffs pray for the following relief:

McKENZIE ROTHWELL BARLOW & KORPI, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

COMPLAINT– 5
*Alaska Carpenters Health and Welfare Fund, et al. v. HCC and Handle Construction*
4500 004 mj180704
Case 3:11-cv-00214-JWS   Document 1   Filed 10/24/11   Page 5 of 6

a. A money judgment against HCC for the full amount of contributions, liquidated damages, interest, and reasonable attorney fees, and costs and expenses of suit found to be owing to plaintiffs from March 1, 2011 to the date of the judgment herein;

b. A declaratory judgment finding HCC and Handle to be alter egos, and therefore, jointly and severally liable to plaintiffs as alter-ego employers for all contributions, liquidated damages, interest, costs, and attorney's fees otherwise due from each of them under the collective bargaining agreement and in accordance with the confession of judgment entered against Handle and any monetary judgment entered herein;

c. A declaratory judgment finding HCC to be the successor to Handle, and therefore, jointly and severally liable to plaintiffs as a successor employers for all contributions, liquidated damages, interest, costs, and attorney's fees otherwise due from each of them under the collective bargaining agreement and in accordance with the confession of judgment entered against Handle; and

d. For such other and further relief as this court deems just and equitable.

DATED this 20th day of October, 2011.

    *s/ Frank J. Morales*
Frank J. Morales ABA 0810059
McKENZIE ROTHWELL BARLOW & KORPI, P.S.
1325 Fourth Ave., Suite 910
Seattle, WA 98101
Telephone: (206) 224-9900
Facsimile: (206) 224-9820
E-mail: frankm@mrbklaw.com

COMPLAINT– 6
*Alaska Carpenters Health and Welfare Fund, et al. v. HCC and Handle Construction*
4500 004 mj180704
Case 3:11-cv-00214-JWS   Document 1   Filed 10/24/11   Page 6 of 6

McKENZIE ROTHWELL BARLOW & KORPI, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900