1  Frank J. Morales, ABA 0810059
   McKENZIE ROTHWELL BARLOW
2  & COUGHRAN, P.S.
   1325 Fourth Ave., Suite 910
3  Seattle, WA  98101
   Telephone: (206) 224-9900
4  Facsimile: (206) 224-9820
   E-mail: frankm@mrbclaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALASKA CARPENTERS HEALTH AND WELFARE FUND, ALASKA CARPENTERS DEFINED CONTRIBUTION TRUST, SOUTHERN ALASKA CARPENTERS DEFINED BENEFIT TRUST, and SOUTHERN ALASKA CARPENTERS APPRENTICESHIP AND TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>HCC, LLC and HANDLE CONSTRUCTION COMPANY, INC.<br><br>Defendants. | Case No. 3:11-cv-00214-JWS |

## STIPULATION AND JUDGMENT SUMMARY

The parties to this action, by and through their counsel, stipulate and agree to entry of judgment against the Defendants Handle Construction Company, Inc. and HCC, LLC, jointly and severally, in the amounts set forth below.

STIPULATED JUDGMENT – 1
*Alaska Carpenters Health and Welfare Fund, et al. v. HCC and Handle Construction*
4500 004 nh161701
Case 3:11-cv-00214-JWS   Document 16   Filed 09/13/12   Page 1 of 4

| | | |
|---|---|---:|
| | Amount of Prior Judgment against Handle Construction Company: | $221,540.02 |
| | Liquidated Damages and Interest Owed by HCC, LLC: | $735.77 |
| | Costs: | $540.00 |
| | Attorneys' Fees: | $8,098.50 |
| | **TOTAL JUDGMENT**: | **$230,914.29** |

Judgment Creditors: BOARD OF TRUSTEES OF THE ALASKA CARPENTERS HEALTH AND WELFARE FUND, ALASKA CARPENTERS DEFINED CONTRIBUTION TRUST, SOUTHERN ALASKA CARPENTERS DEFINED BENEFIT TRUST, and SOUTHERN ALASKA CARPENTERS APPRENTICESHIP AND TRAINING TRUST (hereafter referred to as the "Trust Funds")

Judgment Debtors: HANDLE CONSTRUCTION COMPANY, INC., an Alaska corporation

HCC, LLC, an Alaska corporation

Attorneys for Creditor: Frank J. Morales, ABA 0810059
McKENZIE ROTHWELL BARLOW
& COUGHRAN, P.S

Attorneys for Judgment Debtor: Brian Stibitz
REEVES AMODIO LLC
500 L. Street, Suite 300
Anchorage, AK 99501-1900

Dated this 17th day of August, 2012

/s/ Frank J. Morales
Frank J. Morales, ABA 0810059
McKENZIE ROTHWELL BARLOW
& COUGHRAN, P.S
Attorneys for the Trust Funds

Dated this 5th day of September, 2012

/s/ Brian Stibitz
Brian Stibitz
REEVES AMODIO LLC

McKENZIE ROTHWELL BARLOW & COUGHRAN, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

STIPULATED JUDGMENT – 2
*Alaska Carpenters Health and Welfare Fund, et al. v. HCC and Handle Construction*
4500 004 nh161701
Case 3:11-cv-00214-JWS   Document 16   Filed 09/13/12   Page 2 of 4

Attorney for HCC, LLC and Handle Construction Company, Inc.

## JUDGMENT

On the basis of the foregoing stipulation, it is hereby

ORDERED, ADJUDGED AND DECREED that judgment be entered against HCC, LLC and Handle Construction Company, Inc., jointly and severally, in the following amounts:

| | |
|---|---|
| Amount of Prior Judgment against Handle Construction Company: | $221,540.02 |
| Liquidated Damages and Interest (04-05/11, 10/11) Owed by HCC, LLC: | $735.77 |
| Costs: | $540.00 |
| Attorneys' Fees: | $8,098.50 |
| **TOTAL JUDGMENT**: | **$230,914.29** |

This judgment shall bear interest at 12% per annum from date of entry of this Stipulated Judgment until paid in full.

DATED this 13th day of September, 2012.

    s/JOHN W. SEDWICK
The Honorable John W. Sedwick
United States District Court

Presented by:

/s/ Frank J. Morales
Frank J. Morales, ABA 0810059
McKENZIE ROTHWELL BARLOW
& COUGHRAN, P.S
Attorneys for Plaintiffs

McKENZIE ROTHWELL BARLOW & COUGHRAN, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

STIPULATED JUDGMENT – 3
*Alaska Carpenters Health and Welfare Fund, et al. v. HCC and Handle Construction*
4500 004 nh161701
Case 3:11-cv-00214-JWS   Document 16   Filed 09/13/12   Page 3 of 4

1 | Approved for entry:

2 | /s/ Brian Stibitz
Brian Stibitz
3 | REEVES AMODIO LLC
Attorney for Handle Construction Company, Inc. and HCC, LLC

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

McKENZIE ROTHWELL BARLOW & COUGHRAN, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

STIPULATED JUDGMENT – 4
*Alaska Carpenters Health and Welfare Fund, et al. v. HCC and Handle Construction*
4500 004 nh161701